**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| KIM L. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 4:25-cv-00270-SHL-HCA |
| | ) | |
| v. | ) | |
| | ) | **JOINT STATUS REPORT** |
| DES MOINES AREA COMMUNITY COLLEGE, | ) ) ) | |
| Defendant. | ) ) | |

    The Parties respectfully submit this joint status report in advance of the status conference on February 18, 2026, which is not anticipated to take longer than thirty minutes or warrant a court reporter.

    1.    Defendant is set to respond on February 23, 2026, to Plaintiff's document requests and interrogatories. No other discovery requests are currently pending.

    2.    Defendant is agreeable to Plaintiff's request to extend Plaintiff's expert disclosure due date from March 2, 2026, to April 13, 2026; to extend Defendant's expert disclosure due date from May 1, 2026, to June 12, 2026; and to extend Plaintiff's rebuttal due date from June 1, 2026, to July 6, 2026. Doc. 23.

    3.    No other matters have been identified by the Parties to discuss at the status conference. The Parties agree that the February 18 status conference appears to be unnecessary at this stage of the litigation.

    4.    The discovery completion date is August 3, 2026, and the Parties remain on track to meet it.

Date: February 16, 2026	Respectfully submitted,

*/s/ William Bruce*	*/s/ Logan S. Brundage*
Nancy Temple	Lindsay A. Vaught
William Bruce	Logan S. Brundage
KATTEN & TEMPLE, LLP	AHLERS & COONEY, P.C.
209 S. LaSalle Street, Suite 950	100 Court Avenue, Suite 600
Chicago, IL 60604	Des Moines, IA 50309
(312) 663-0800	(515) 243-7611
ntemple@kattentemple.com	lvaught@ahlerslaw.com
wbruce@kattentemple.com	lbrundage@ahlerslaw.com
*Admitted pro hac vice*	ATTORNEYS FOR DEFENDANT

Thomas J. Duff
DUFF LAW FIRM, P.L.C.
4090 Westown Pkwy Suite 102
West Des Moines, IA 50266
Phone: 515-224-4999
Email : tom@tdufflaw.com
wendy@tdufflaw.com
*Local Counsel*
ATTORNEYS FOR PLAINTIFF